PROB 12C
(6/16)

Report Date: November 12, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kelly Gordon Dupuis | Case Number: 0980 2:19CR00208-SAB-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 2, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | June 27, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | June 26, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6:**  The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: It is alleged that Mr. Dupuis violated the terms of his supervised release by failing to notify the undersigned officer he was terminated from his employment at Coeur d'Alene Windows on approximately September 9, 2020.<br><br>On June 27, 2019, the undersigned and Mr. Dupuis reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On October 29, 2020, the undersigned officer contacted Mr. Dupuis' employer, Coeur d'Alene Windows.  Staff advised this officer that Mr. Dupuis was no longer an employee at their facility as he was terminated on September 9, 2020.  Mr. Dupuis did not inform the undersigned officer until he was confronted on October 29, 2020. |
| 2 | **Special Condition # 4**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests, not more than 365 Breathalyzer tests, and not more than |

Prob12C
**Re: Dupuis, Kelly Gordon**
**November 12, 2020**
**Page 2**

    36 sweat patch applications annually during the period of supervision. The defendant shall pay all or part of the cost of testing, depending upon the defendant's ability to pay, as directed by the United States Probation Office.

    **Supporting Evidence**: It is alleged Mr. Dupuis violated the terms of his supervised release by consuming morphine and methamphetamine on or about October 21, 2020.

    On June 27, 2019, the undersigned and Mr. Dupuis reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

    On October 21, 2020, Mr. Dupuis reported to Pioneer Human Services (PHS) to submit to random urinalysis testing, as his assigned color for urinalysis testing was called. The urine sample initially yielded a positive result for the presence of methamphetamine and morphine, which Mr. Dupuis initially denied. On October 28, 2020, Alere Toxicology confirmed a positive result for morphine and methamphetamine.

3    **Special Condition # 4**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests, not more than 365 Breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. The defendant shall pay all or part of the cost of testing, depending upon the defendant's ability to pay, as directed by the United States Probation Office.

    **Supporting Evidence**: It is alleged that Mr. Dupuis violated the terms of his supervised release by failing to appear for urinalysis testing as directed on November 5, 2020.

    On June 27, 2019, the undersigned and Mr. Dupuis reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

    On November 5, 2020, the color of the day for urinalysis testing was gold 1, Mr. Dupuis' assigned color for urinalysis testing. The undersigned officer was notified that Mr. Dupuis failed to appear, as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/12/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Dupuis, Kelly Gordon**
**November 12, 2020**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/12/2020

Date