PROB 12C
(6/16)

Report Date: December 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kelly Gordon Dupuis | Case Number: 0980 2:19CR00208-SAB-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 2, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: June 27, 2019 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: June 26, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/12/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests, not more than 365 Breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision.  The defendant shall pay all or part of the cost of testing, depending upon the defendant's ability to pay, as directed by the United States Probation Office.<br><br>**Supporting Evidence**: It is alleged Mr. Dupuis violated the terms of his supervised release by stalling on a urinalysis test on December 3, 2020.<br><br>On June 27, 2019, the undersigned and Mr. Dupuis reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On December 3, 2020, the color of the day for urinalysis testing was gold 1, Mr. Dupuis' assigned color for urinalysis testing.  The undersigned officer was notified that Mr. Dupuis stalled when he attempted to provide a sample. |

Prob12C
**Re: Dupuis, Kelly Gordon**
December 10, 2020
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/10/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/14/2020
Date