FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY GORDON DUPUIS,<br><br>Defendant. | No. 2:19-CR-00208-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 54)** |

    Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 54**. Defendant is presently completing inpatient substance abuse treatment, **ECF No. 50,** pending a plenary hearing on alleged violations of supervised release.

    Defendant now requests to reside at a residential reentry center (RRC) upon completion of inpatient treatment, instead of returning to the custody of the U.S. Marshal. Defendant notes he is nearly finished with the inpatient treatment earlier authorized, and that District Judge Bastian has today authorized him to reside at the RRC as a condition of supervised release, **ECF No. 53**.

    After reviewing the submitted material and relevant authority, and finding good cause **IT IS ORDERED** Defendant's motion, **ECF No. 54,** is **GRANTED**. Upon successful completion of inpatient treatment on or about June 4, 2021,

///

ORDER - 1

Defendant shall reside in a residential reentry center (RRC) pending his supervised release revocation hearing.

**IT IS SO ORDERED.**

DATED June 1, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2