PROB 12C
(6/16)

Report Date: June 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kelly Gordon Dupuis | Case Number: 0980 2:19CR00208-SAB-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 2, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | June 27, 2019 |
| Defense Attorney: | John Barto McEntyre, IV | Date Supervision Expires: | June 26, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/13/2021 and 04/15/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Dupuis violated his conditions of supervised release by being charged/arraigned on June 30, 2021, for possession of a controlled substance- methamphetamine with intent to deliver and possession of a controlled substance- heroin with intent to deliver.<br><br>On June 27, 2019, the undersigned and Mr. Dupuis reviewed the conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On April 13, 2021, a search was conducted by the undersigned officer of Mr. Dupuis' then residence based on reasonable suspicion that Mr. Dupuis was in possession of illegal controlled substances (see violations 3-7). On June 30, 2021, Mr. Dupuis was formally arraigned on the above charges, Spokane County Superior Court case number 21-1-10423-32. |

Prob12C
**Re: Dupuis, Kelly Gordon**
**June 30, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/30/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

7/1/2021
Date