PROB 12C
(6/16)

Report Date: March 15, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kelly Gordon Dupuis | Case Number: 0980 2:19CR00208-WFN-1 |
| Address of Offender: | Airway Heights, Washington 99001 |

Name of Sentencing Judicial Officer: The Honorable Donald Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 2, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 7, 2021) | Prison - 6 months<br>TSR - 54 months | | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: | December 16, 2021 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | June 15, 2026 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

On December 17, 2022, Mr. Dupuis' judgment was reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by failing to enter inpatient treatment, on or about March 14, 2022, in Spokane, Washington.<br><br>On March 3, 2022, Mr. Dupuis appeared for a Sobriety Treatment and Education Program (STEP) session. During the STEP session, Mr. Dupuis was ordered to participate in a substance abuse evaluation and enter inpatient treatment if recommended by the evaluation. On March 4, 2022, he entered a detox program at Spokane Treatment and Recovery Services |

Prob12C
**Re: Dupuis, Kelly Gordon**
**March 15, 2022**
**Page 2**

(STARS). A substance abuse evaluation was completed by STARS. Mr. Dupuis was recommended for inpatient treatment and placement was secured for March 14, 2022, at Sunray Court located in Spokane, Washington. STARS discharged him from the facility on March 8, 2022, as Mr. Dupuis indicated he had another court matter to appear for on March 10, 2022.

Efforts were made to reach Mr. Dupuis by telephone on March 9 and 10, 2022. The undersigned left voice messages directing him to contact the undersigned, resume random drug testing through Pioneer Human Services (PHS) and to enter inpatient treatment as scheduled.

Mr. Dupuis failed to comply with any of these directives, to include failure to enter into inpatient treatment on March 14, 2022.

Mr. Dupuis' whereabouts are currently unknown.

2  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by failing to appear for random urinalysis testing, on or about March 9 and 11, 2022, in Spokane.

On March 3, 2022, Mr. Dupuis appeared for a STEP session. During the STEP session, Mr. Dupuis was ordered to participant in a substance abuse evaluation and enter inpatient treatment if recommended by the evaluation.

He was further advised that he was expected to continue drug testing randomly through PHS.

On March 4, 2022, he entered a detox program at STARS. A substance abuse evaluation was completed by STARS. Mr. Dupuis was recommended for inpatient treatment and placement was secured for March 14, 2022, at Sunray Court located in Spokane. STARS discharged him from the facility on March 8, 2022, as Mr. Dupuis indicated he had another court matter to appear for on March 10, 2022.

Efforts were made to reach Mr. Dupuis by telephone on March 9 and 10, 2022. The undersigned left voice messages directing him to contact the undersigned, resume random drug testing through PHS, and to enter into inpatient treatment as scheduled.

Mr. Dupuis failed to appear for drug testing at PHS on March 9 and 11, 2022.

Prob12C
Re: Dupuis, Kelly Gordon
March 15, 2022
Page 3

| | | |
|---|---|---|
| 3 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by consuming a controlled substance, fentanyl, on or about February 16, 2022.

On March 3, 2022, contact was made with Mr. Dupuis' outpatient treatment provider, Spokane Addiction and Recovery Centers (SPARC). It was reported that Mr. Dupuis had submitted to a drug test on February 16, 2022, which returned positive for a number of substances to include fentanyl.

4    **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by consuming alcohol on or about February 16, 2022.

On March 3, 2022, contact was made with Mr. Dupuis' outpatient treatment provider, SPARC. It was reported that Mr. Dupuis had submitted to a drug test on February 16, 2022, which returned positive for a number of substances to include alcohol.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice for Wm. Fremming Nielsen
United States District Judge

March 16, 2022
Date