PROB 12C
(6/16)

Report Date: July 7, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Kelly Gordon Dupuis                Case Number: 0980 2:19CR00208-0WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 2, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: December 16, 2021 |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 15, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On December 17, 2022, Mr. Dupuis' judgment was reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by failing to appear for random drug testing on June 28, 29 and July 6, 2022.<br><br>Mr. Dupuis is enrolled in random drug testing with Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is required to report for testing that same day.<br><br>PHS reported Mr. Dupuis failed to appear for testing on June 28 and 29 and July 6, 2022. |

Prob12C
**Re: Dupuis, Kelly Gordon**
**July 7, 2022**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with ), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence:** It is alleged that Kelly Dupuis violated the terms of his supervised release by failing to report a change in residence, on or about June 30, 2022, or since.

On June 30, 2022, telephone contact was made with a representative with Pura Vida clean a sober house, where Mr. Dupuis was approved to reside. The representative advised that due to Mr. Dupuis not staying at the residence frequently enough and his ongoing lack of participation in their program, they were terminating him from the program.

The undersigned has made efforts to reach Mr. Dupuis by telephone and email. Mr. Dupuis has not responded and has not advised of a new residence.

3    **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Mr. Dupuis violated the terms of his supervised release by failing to attend substance abuse treatment on June 17, 20, and 27, 2022, as well as July 1, 2022.

Mr. Dupuis is engaged in outpatient treatment services with Spokane Addiction and Recovery Centers (SPARC). SPARC staff reported that Mr. Dupuis failed to attend group sessions on June 17, 20, 27, and July 1, 2022.

4    **Standard Condition #2:**  After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officer as directed.

**Supporting Evidence:** It is alleged that Kelly Dupuis violated the terms of his supervised release, by failing to attend his scheduled session for the Sobriety Treatment and Education Program (STEP) on July 7, 2022, as directed by the probation officer.

On June 16, 2022, he attended his last session and was scheduled to appear for STEP again on July 7, 2022.

On July 7, 2022, Mr. Dupuis failed to appear for STEP.

Prob12C
**Re: Dupuis, Kelly Gordon**
**July 7, 2022**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/07/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/7/2022

Date