PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 19, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Kelly Gordon Dupuis    Case Number: 0980 2:19CR00208-SAB-1

Address of Offender: Bonner County Jail

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastain, Chief U.S. District Judge

Date of Original Sentence: September 2, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence (10/7/21): | Prison- 6 months TSR - 54 months | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: December 16, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 15, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/7/2022.

On December 17, 2021, Mr. Dupuis' judgment was reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by violating Idaho statute 37-2732(c)(1) by possessing a controlled substance, Fentanyl and methamphetamine, on or about October 7, 2022.

On October 7, 2022, Kelly Dupuis was pulled over in Sandpoint, Idaho, by Idaho State Police. Officers were responding to a reported theft and a hit and run vehicle crash with the suspect vehicle being driven by Kelly Dupuis.

Prob12C
**Re: Dupuis, Kelly Gordon**
**October 19, 2022**
**Page 2**

The male driver was verbally identified as Kelly Dupuis and the front seat passenger was verbally identified as Mr. Dupuis' wife.

Kelly Dupuis was asked to exit the vehicle. The officer observed a piece of tin foil laying between his door and his seat near the floorboard directly next to his left leg, with a partially melted small blue pill.

Mr. Dupuis was detained and read his Miranda Warnings, which he indicated he understood and verbally agreed to speak to the officer. Mr. Dupuis admitted that the officers might locate some methamphetamine in a bag.

The officer located a camera bag hanging on the turn signal lever. The camera bag had the name Rooster written on it. Mr. Dupuis admitted that he labels all his stuff with the name Rooster and the officers located many items belonging to Mr. Dupuis throughout the vehicle during the search with the name Rooster written on them. Mr. Dupuis' wallet with his identification was located and the inside the wallet was written "RoostNSteph", referring to himself as Rooster and his wife, the passenger).

Inside the camera bag, officers located a glass vial which contained 72 small blue pills that were suspected as being Fentanyl or "mexi" pills. Mr. Dupuis admitted that the pills were Fentanyl/Mexi pills. Inside the same camera bag, in a small glass jar, they located a small plastic baggie which contained a white crystal like substance that ultimately field tested positive for methamphetamine.

Also located in the vehicle were other items of evidentiary value, to include a back pack belonging to the offender's wife that contained tin foil, and a Fentanyl pill. The offender's wife was arrested and a search of her person resulted in them locating a vial of pills that contained more suspected Fentanyl/mexi pills.

The vehicle was noted to have many items of drug paraphernalia, to include many devices that were used to smoke/ingest drugs.

Mr. Dupuis was arrested and transported to the Bonner County Jail for possession of Fentanyl, possession of methamphetamine and possession of drug paraphernalia. He was also booked on his federal warrant.

7  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by violating Idaho statute 37-2734A(1) by possessing drug paraphernalia, on or about October 7, 2022.

Please refer to the supporting evidence in relation to violation numbers 5 and 6.

8  **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

Prob12C
**Re: Dupuis, Kelly Gordon**
**October 19, 2022**
Page 3

**Supporting Evidence**: It is alleged that Kelly Dupuis violated the terms of his supervised release by entering the District of Idaho without prior approval.

On October 7, 2022, Kelly Dupuis was arrested in the District of Idaho (refer to the supporting evidence of violations 5-7 for additional information in the nature of his arrest). Mr. Dupuis did not have permission to leave the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 19, 2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/19/2022
Date